**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE PIERRE OLIVIER, | ) | CASE NO. CV 10-06969 DOC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| RANDY GROUNDS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MAURICE PIERRE OLIVIER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 28, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE